Mark A. Serlin, CSBN: 122155
SERLIN & WHITEFORD, LLP
813 F Street, 2nd Floor
Sacramento, CA 95814
Telephone:   (916) 446-0790
Facsimile:   (916) 446-0791
Email: mserlin@globelaw.com

Attorneys for Plaintiff
PUGET SOUND LEASING, et al.

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN 23 2010

CENTRAL DISTRICT OF CALIFORNIA
                              DEPUTY

Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only ___

LODGED
CLERK, U.S. DISTRICT COURT
SOUTHERN DIVISION
JAN 21 2010
CENTRAL DISTRICT OF CALIFORNIA
BY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(Santa Ana Division)

| | |
|---|---|
| PUGET SOUND LEASING CO., INC., a Division of First Sound Bank, a Washington Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ESPIRITU DENTAL CORP., MARCELA T. ESPIRITU, OMNITECH CORPORATION, NELSON LIM, AND KEVIN CHUNG<br><br>Defendants. | CASE NO.: SACV08-01142CJC (RNBx)<br><br>**ORDER OF DISMISSAL** |

The Court, having considered the request for dismissal submitted by Plaintiff Puget Sound Leasing Co., Inc., hereby DISMISSES the above-captioned matter without prejudice pursuant to F.R.C.P. 41(a).

DATED: January 23, 2010

_____
U.S. DISTRICT JUDGE

Z:\Active Files\PUGET SOUND LEASING\ESPIRITU DENTAL\COURT DOCS\dismissal.order.wpd